UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEFF JERMAINE TERRY,

    Petitioner,

v.                       Case No. 6:10-cv-704-Orl-35KRS

SECRETARY, DEPARTMENT OF
CORRECTIONS, FLORIDA ATTORNEY
GENERAL,

    Respondents.
_____

## ORDER

On July 14, 2010, the Court entered an order dismissing this case because Petitioner failed to file an affidavit of indigency or to pay the filing fee as previously directed by the Court (Doc. No. 5). The Clerk's Office has notified the Court that Petitioner actually paid the filing fee on June 17, 2010, although it had not been noted in the record at that time.

Accordingly, it is now **ORDERED AND ADJUDGED** as follows:

1. The Court's Order of July 14, 2010 (Doc. No. 5) is hereby **VACATED**.

2. The Clerk of the Court is directed to reopen this case.

**DONE AND ORDERED** in Orlando, Florida, this 22nd day of July 2010.

Copies to:
sa 7/9
Jeff Jermaine Terry

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE